*In re* **DEGNAN**, RUTH M. (MR 17663)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Ruth M. Degnan is suspended from the practice of law for 60 days. Respondent Ruth M. Degnan shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.